

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2022

No. 04-22-00055-CV

Andrew Wayne **BOCK**,
Appellant

v.

**STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-01786
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellant's brief originally was due on April 8, 2022. On April 14, 2022, appellant was granted an extension until May 9, 2022. On May 3, 2022, appellant requested a second extension until June 8, 2022. Appellee does not oppose the request.

The motion is GRANTED, and appellant is ORDERED to file his brief **no later than June 8, 2022.** No further extensions of time will be granted in the absence of extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court